No. 73–631.   HOWARD JOHNSON Co., INC. *v.* DETROIT LOCAL JOINT EXECUTIVE BOARD, HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION, AFL–CIO.   C. A. 6th Cir.   [Certiorari granted, 414 U. S. 1091.]   Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 73–679.   WOLFF, WARDEN, ET AL. *v.* McDONNELL. C. A. 8th Cir.   [Certiorari granted, 414 U. S. 1156.] Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.

No. 73–690.   AIR POLLUTION VARIANCE BOARD OF COLORADO *v.* WESTERN ALFALFA CORP.   Ct. App. Colo. [Certiorari granted, 414 U. S. 1156.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioner granted and 15 minutes allotted for that purpose.   Respondent allotted 15 additional minutes for oral argument.

No. 73–786.   ROSS ET AL. *v.* MOFFITT.   C. A. 4th Cir. [Certiorari granted, 414 U. S. 1128.]   Motion of the State of Virginia for leave to participate in oral argument as *amicus curiae* denied.